UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 4:25-CR-00010-5 |
| | § | |
| ISIAH LASHON DIXON, | § | |
|     et al. | § | |
|     Defendants | § | |

# DEFENDANTS JOINT MOTION FOR CONTINUANCE & EXTENSION OF ALL DEADLINES

TO THE HONORABLE CHARLES ESKRIDGE, U.S. DISTRICT JUDGE:

NOW COMES, **ISIAH LASHON DIXON**, Defendant #5 in the above entitled and numbered cause, by and through his attorney of record, **ROMY B. KAPLAN**, and joined by co-Defendants and their attorneys, submits this Motion for Continuance and Extension of Deadlines for at least 90 days. For good cause, Defendants show as follows:

  1. Defendants were arrested in January 2025 on an indictment alleging violations of conspiracy to commit and violations of Bank Fraud (18 U.S.C. §1349 and 18 U.S.C. §1344), and Felon in Possession of a Firearm (18 U.S.C. 922(g)(1)). Thereafter, counsel was appointed.

  2. The Defendants need more time to investigate, review discovery, and prepare their cases and are seeking to extend all deadlines for an additional 90

1

days. (**Also, due to Spring Break, the Defendants respectfully request scheduling this matter for the first full week in April to avoid any potential scheduling issues during that time.)

3. Assistant United States Attorney Celia Moyer is not opposed to the granting of this motion.

4. This joint motion is filed with permission from Robert E. Reed, on behalf of Keith Fitzgerald Ward; Joel H. Bennett, on behalf of Jertavious Hadnott; Brett A. Podolsky, on behalf of Calvin Terrence Williams; Quentin Tate Williams, on behalf of David Rene Balderas; Alex Omar Rosa-Ambert, on behalf of Trea-Veon Deberry; Joseph F. Vinas, on behalf of Natalie Bolanos-Rodriguez; B. Denyse Thierry, on behalf of Jkorean Hadnott; Feroz Merchant, on behalf of Riquan Nicholas Jones; Brian Marc Roberts, on behalf of Jalisa Janey Williams; J. Gordon Dees, on behalf of Calei Lamont Garrett; and Robert Valles, Jr., on behalf of Javarius Deante Leblanc.

5. This motion is not made for delay, but to see that justice is done. Defendant submits the Government will not be prejudiced by the granting of this motion.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request this Court grant this Joint Motion for Continuance and Extension of Deadlines for at least 90 days.

Respectfully submitted,

LAW OFFICE OF ROMY B. KAPLAN

*/s/ Romy B. Kaplan*
Texas Bar 24077851
5300 Memorial Drive, Suite 750
Houston, TX 77007
Office: 281-969-3725
Email: RomyBK@makethemproveit.com

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF CONFERENCE**

On December 31, 2025, Assistant United States Attorney Celia Moyer informed counsel she is unopposed to the granting of this motion.

*/s/ Romy B. Kaplan*
Romy B. Kaplan

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Assistant United States Attorney assigned to this case by Electronic Filing on January 2, 2026.

*/s/ Romy B. Kaplan*
Romy B. Kaplan