# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | Cause No. 4:25-CR-00010-5 |
| **ISIAH LASHON DIXON,** et al. Defendants | § § § § | |

# ORDER ON
# DEFENDANTS JOINT MOTION FOR CONTINUANCE & EXTENSION OF DEADLINES

The Defendants joint motion for continuance and extension of deadlines is hereby:

GRANTED _____

DENIED _____ for the following reasons:
_____

Signed on _____ , 2025.

_____
Judge Charles Eskridge
U.S. District Judge